IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. CIV S-09-3040-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA FORENSIC MEDICA GROUP, et al., | |
| Defendants. / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 2). Plaintiff's complaint will be addressed separately.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is granted;

2. Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

1

1      3.      No initial partial filing fee will be assessed pursuant to 28 U.S.C.
2   § 1915(b)(1); and
3      4.      Plaintiff will be obligated for monthly payments of twenty percent of the
4   preceding month's income credited to plaintiff's inmate trust account, such payments to be
5   forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
6   account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.
7   § 1915(b)(2).

DATED: January 22, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE