IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,             No. CIV S-09-3040-CMK-P

      Plaintiff,

  vs.                               <u>ORDER</u>

CALIFORNIA FORENSIC MEDICAL
GROUP, et al.,

      Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for the return of his original documents (Doc. 11).

        On May 7, 2010, the court issued an order dismissing Plaintiff's complaint with leave to file an amended complaint. In response, Plaintiff has requested the court return the exhibits he attached to his original complaint, including his original inmate grievance forms. The court generally does not return documents once they are filed. However, Plaintiff was apparently unable to make copies of his documents before submitting them to the court, and requires the documents to complete his amended complaint.

        The court will, therefore, request the Clerk of the Court to send Plaintiff a copy of

1

1  his original complaint, including the exhibits attached thereto.  Plaintiff is informed that if he
2  wishes to have copies of any documents he submits for filing with the court, he must make
3  copies prior to sending the document to the court.  If he wishes to have a conformed copy
4  returned to him, he provide the court with an extra copy and a self-addressed stamped envelope
5  with the correct postage.  Further copy requests will be denied without prepayment of copy
6  charges, at $0.50 per page.  Plaintiff may also be able to receive copies through Attorney's
7  Diversified Services, 1424 21st Street, Sacramento, CA 95814.
8             Plaintiff will be provided additional time to file his amended complaint.  He is
9  warned, however, that failure to file an amended complaint within the time set forth below, may
10  be grounds for dismissal of this action.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir.
11  1992); see also Local Rule 110.  Plaintiff is also warned that a complaint which fails to comply
12  with the court's pervious order and Rule 8 may, in the court's discretion, be dismissed with
13  prejudice pursuant to Rule 41(b).  See Nevijel v. North Coast Life Ins. Co., 651 F.2d 671, 673
14  (9th Cir. 1981).
15             Accordingly, IT IS HEREBY ORDERED that:
16        1.    Plaintiff's motion to return documents (Doc. 11) is granted to the extent he
17  seeks a return of a copy of his original exhibits;
18        2.    The Clerk of the Court is directed to send Plaintiff a copy of his original
19  complaint (Doc. 1), including the exhibits attached thereto; and
20        3.    Plaintiff shall file an amended complaint within 30 days of the date of
21  service of this order.

DATED:  June 22, 2010

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE