IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. CIV S-09-3040-CMK-P |
|     Plaintiff, | |
|   vs. | <u>ORDER</u> |
| CALIFORNIA FORENSIC MEDICAL GROUP, et al., | |
|     Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action. On June 23, 2010, the court directed plaintiff to file an amended complaint within 30 days.[1] Plaintiff was warned that failure to file an amended complaint may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. <u>See</u> Local Rule 110. To date, plaintiff has not filed an amended complaint.

---

[1] The court originally dismissed Plaintiff's complaint with leave to amend on May 7, 2010. Plaintiff then filed a request for copies of documents necessary to draft his amended complaint, which was granted on June 23, 2010. Therefore, Plaintiff has had since May 7, 2010, to file his amended complaint.

1       Plaintiff shall show cause in writing, within 30 days of the date of this order, why
2 this action should not be dismissed for failure to file an amended complaint.  Plaintiff is again
3 warned that failure to respond to this order may result in dismissal of the action for the reasons
4 outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.
5       IT IS SO ORDERED.

7 DATED: August 5, 2010

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE