IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,   No. CIV S-09-3040-CMK-P

    Plaintiff,

  vs.   ORDER

CALIFORNIA FORENSIC MEDICAL
GROUP, et al.,

    Defendants.

/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

    On June 23, 2010, the court directed plaintiff to file an amended complaint within 30 days. As of August 5, 2010, Plaintiff had failed to do so. On August 6, 2010, the court issued an order to show cause why this case should not be dismissed for failure to file an amended complaint as ordered.

    Plaintiff has filed a response to that order to show cause. In his response he argues that the "defendants" are retaliating against him and interfering with his access to the law library in order for him to file his amended complaint. The court notes that Plaintiff is currently

1  being housed at Deuel Vocational Institution (DVI) in Tracy, California.  This action involves
2  claims arising from his stay at the Yolo County Jail, and names as the only defendants several
3  medical personnel at the jail.  None of the individuals Plaintiff identifies in his response to the
4  court's order, who all appear to be personnel at DVI, are parties to this action.[1]  However, the
5  court will construe Plaintiff's response as a request for additional time to file his amended
6  complaint.  If Plaintiff continues to experience difficulties in accessing the law library, he is
7  reminded that he is required to follow the proper procedure in requesting such access and, if still
8  unsuccessful, he is able to request assistance and/or file an inmate grievance, again using the
9  proper prison procedures.

Accordingly, to the extent Plaintiff is requesting additional time to file his amended complaint, that request is granted.  Plaintiff shall file his amended complaint within 30 days of the date of service of this order.  Failure to do so may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.  The order to show cause is hereby discharged.

IT IS SO ORDERED.

DATED: August 25, 2010

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is cautioned against adding additional claims and defendants unrelated to the claims raised in his previous complaint.