1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ANTHONY R. TURNER,                      No. CIV S-09-3040-CMK-P

12            Plaintiff,

13       vs.                                 ORDER

14   CALIFORNIA FORENSIC MEDICAL
     GROUP, et al.,
15
              Defendants.
16   _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for documents and subpoenas

19   (Doc. 21).

20            Plaintiff is requesting documents from the court pursuant to the California Public

21   Records Act.  He is requesting public records and evidence to be produced.  Although unclear, it

22   appears that he is requesting the court produce evidence available to him through the discovery

23   process.  Discovery has not yet commenced in this action as the case is not at issue and no

24   answer is on file.  In fact, service remains outstanding as to several defendants, and others have

25   filed a motion for a more definite statement.  Discovery will commence, if appropriate, at a later

26   stage of these proceedings.  In the mean time, plaintiff may choose to access public records from

                                                1

1   the appropriate public agency.  Plaintiff is advised, however, that the court does not have any

2   evidence or documents to forward to him, nor will the court accept evidence to store.  Plaintiff

3   may submit evidence to the court at the appropriate time, such as at trial or in support of a motion

4   for summary judgment.

5          Accordingly, IT IS HEREBY ORDERED that plaintiff's request for documents

6   (Doc. 21) is denied.

7

8    DATED:  July 12, 2011

9
                                                    _____
10                                                  **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26