IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. CIV S-09-3040-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA FORENSIC MEDICAL GROUP, et al., | |
| Defendants. / | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an order of contempt (Doc. 56) for obstruction of service.

       Plaintiff alleges the Yolo County Sheriff's Department obstructed service of his complaint by the United States Marshal. However, a review of the docket indicates that most of the defendants returned the waiver of service, and other defendants were served through delivery of the summons and complaint to the Sheriff's Office. The basis of plaintiff's request is therefore lost on the court.

///

///

1         Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an order of
2 contempt (Doc. 56) is denied.

4  DATED: December 9, 2011

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE