1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 ANTHONY R. TURNER,                     No. 2:09-cv-3040-GEB-CMK-P

12             Plaintiff,

13      vs.                              <u>ORDER</u>

14 CALIFORNIA FORENSIC MEDICAL
   GROUP, et al.,
15
             Defendants.
16 _____/

17             Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18 to 42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to

19 Eastern District of California local rules.

20             On March 19, 2013, the Magistrate Judge filed findings and recommendations

21 herein which were served on the parties and which contained notice that the parties may file

22 objections within a specified time.   Timely objections to the findings and recommendations have

23 been filed.

24             In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25 304(f), this court has conducted a <u>de novo</u> review of this case.   Having carefully reviewed the

26 entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed March 19, 2013, are adopted in full;

2.  Defendants' unopposed motion for summary judgment (Doc. 76) is granted;

3.  The Clerk of the Court is directed to enter judgment in favor of defendants Carolyn Viera, Janeene Barela, John Zil, Lisa Miguel-Sevall, Tammy Owens and William Douglas; and

4.  This action shall continue as to defendants Malagoni, Deneau, Hundl and Brace only.

Dated:  September 18, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2